# Order

Michigan Supreme Court
Lansing, Michigan

December 5, 2012

144316 & (55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In Re Conservatorship of DEANNA
THERESA CISNEROS.

_____

MARK A. FULLMER, Successor Conservator
of DEANNA THERESA CISNEROS, a
Protected Person,
         Petitioner-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
         Respondent-Appellant.

SC: 144316
COA: 298922
St. Clair Probate Court:
    07-110072-CA

_____/

      On order of the Court, the motion for leave to file statement of supplemental authority is GRANTED. By order of April 18, 2012, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals was held in abeyance pending the decisions in *Johnson v Recca* (Docket No. 143088) and *Douglas v Allstate Ins Co* (Docket No. 143503). The cases having been decided on July 30, 2012, 492 Mich 169 (2012), and 492 Mich 241 (2012), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of our decisions in *Johnson* and *Douglas*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

Clerk

h1128